**08 C 110**

**JUDGE SHADUR**
**MAGISTRATE JUDGE ASHMAN**

# EXHIBIT A

```
            Quigley's Irish Pub
            4010 W 111th Street
            Oak Lawn, IL  60453
               708 952-4774
 Server: Pumpkin Head    DOB: 12/19/2007
 06:01 PM                     12/19/2007
 Table 21/1                    5/50034

 M/C                            5242899
 Card #XXXXXXXXXXXX8068         REDACTED
 Magnetic card present: jason s blahnik
 Approval: 075719

              Amount:        17.54

               + Tip:  _____

             = Total:  _____


 X_____
 Approval: 075719


            Thanks! Come again.
```