UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jason Blahnik
                          Plaintiff,

v.                                                 Case No.: 1:08−cv−00110
                                                                   Honorable Milton I. Shadur

Quigley's Irish Pub, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. This Court is contemporaneously issuing its customary initial scheduling order. At that time attorney Hageli will be expected to address, among other matters, the question whether the track record of Blahnik (and perhaps of Hageli as well) supports the serious consideration of either or both of them as class representatives.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.