IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON BLAHNIK, ) | |
| ) | |
| on behalf of himself and all others ) | |
| similarly situated, ) | Case No. 08 C 110 |
| ) | |
| Plaintiff, ) | Judge Shadur |
| ) | |
| vs. ) | Magistrate Judge Ashman |
| ) | |
| QUIGLEY'S IRISH PUB, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jason Blahnik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case as to his individual claims without prejudice and without an award of costs or attorneys' fees to either party.

DATED: February 20, 2008          Respectfully submitted,

s/ Alex Hageli
Alex Hageli
LAW OFFICE OF ALEX M. HAGELI
435 South Cleveland Avenue, Suite 306
Arlington Heights, IL  60005
(847) 392-4832
alex@hageli.com

**ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

I hereby certify, on this 20th day of February, 2008, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically. Copies of docket filings may be accessed via the PACER system.

s/ Alex Hageli