## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 110 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Jason Blahnik vs. Quigley's Irish Pub, Inc. | | |

**DOCKET ENTRY TEXT**

Just a few days before the initial status hearing date this Court had set in conjunction with its January 8, 2008 sua sponte memorandum order, plaintiff Jason Blahnik ("Blahnik") has filed a voluntary dismissal of his individual claims in this action. As Fed. R. Civ. P. 23(e) has now been revised, no court approval of such a voluntary dismissal is required of a putative class action until the class has been certified (which has not taken place here). But because Blahnik no longer has standing as a proposed class representative, this entire action is dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Case 1:08-cv-00110    Document 9    Filed 02/20/2008    Page 1 of 1

08C110 Jason Blahnik vs. Quigley's Irish Pub, Inc.                                                    Page 1 of 1